**No. 11-334. Adventure Outdoors, Inc., et al., Petitioners v. Michael Bloomberg, Mayor of the City of New York, et al.**

565 U.S. 1060, 132 S. Ct. 763, 181 L. Ed. 2d 485, 2011 U.S. LEXIS 8530.

November 28, 2011. Petition for writ of certiorari to the Court of Appeals of Georgia denied.

Same case below, 307 Ga. App. 356, 705 S.E.2d 241.

**No. 11-335. Cornel Hubert, Warden, Petitioner v. Warren Scott, III.**

565 U.S. 1060, 132 S. Ct. 763, 181 L. Ed. 2d 485, 2011 U.S. LEXIS 8521.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 635 F.3d 659.

**No. 11-349. Lexter K. Kossie, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 1060, 132 S. Ct. 766, 181 L. Ed. 2d 485, 2011 U.S. LEXIS 8551.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 423 Fed. Appx. 434.

**No. 11-354. Earl W. Burkholder, Jr., et al., Petitioners v. International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, Local No. 12, et al.**

565 U.S. 1060, 132 S. Ct. 766, 181 L. Ed. 2d 485, 2011 U.S. LEXIS 8543.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 646 F.3d 360.

**No. 11-355. Daniel Bernard Manchas, III, Petitioner v. Tabb Bickell, Superintendent, State Correctional Institution at Huntingdon, et al.**

565 U.S. 1060, 132 S. Ct. 766, 181 L. Ed. 2d 485, 2011 U.S. LEXIS 8654.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 428 Fed. Appx. 184.

**No. 11-358. Ava M. Sawyer, Petitioner v. Dean S. Worcester, et al.**

565 U.S. 1060, 132 S. Ct. 766, 181 L. Ed. 2d 485, 2011 U.S. LEXIS 8590,

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 404 Fed. Appx. 748.

**No. 11-362. Robert A. Lewicki, et al., Petitioners v. Washington County, Pennsylvania, et al.**

565 U.S. 1060, 132 S. Ct. 769, 181 L. Ed. 2d 485, 2011 U.S. LEXIS 8506,

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 431 Fed. Appx. 205.